COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of M.K.E. aka M.K.E. aka M.E. aka M.E.

Appellate case number:   01-22-00001-CV

Trial court case number:  2020-02300J

Trial court:            313th District Court of Harris County

On April 5, 2022, Appellant J.L.C.F. filed an Unopposed Second Motion for Extension of Time to File Appellant's Brief, asking for a ten-day extension of time to file her appellate brief. Appellant's motion is **granted**. Appellant's brief is due April 15, 2022. **No further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                    Acting individually

Date:  April 12, 2022